1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** ) | **CASE NO. 1:08-CV-00091-AWI-DLB** |
| ) | |
| **Plaintiff**, ) | **ORDER ADOPTING  FINDINGS** |
| **v.** ) | **AND RECOMMENDATIONS RE** |
| ) | **PLAINTIFF'S APPLICATION FOR** |
| **MARIA D. GUZMAN, et al.,** ) | **DEFAULT JUDGMENT** |
| ) | |
| **Defendants.** ) | **[Doc. #9]** |
| ) | |
| _____ ) | |

17      On April 18, 2008, Plaintiff filed a motion for default judgment.  The matter was referred

18 to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19      On July 1, 2008,  the Magistrate Judge filed Findings and Recommendations that

20 recommended the motion be granted.  These Findings and Recommendations were served on the

21 parties and contained notice to the parties that any objections to the Findings and

22 Recommendations were to be filed within thirty (30) days. No objections have been filed.

23      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a

24 de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

25 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the Findings and

26 Recommendations to be supported by the record and proper analysis.

27
28

1    Accordingly, it is HEREBY ORDERED that:

2    1.    The Findings and Recommendations filed on July 1, 2008, are ADOPTED IN

3    FULL;

4    2.    Plaintiff's motion for default judgment is GRANTED;

5    3.    The Clerk of the Court is directed to enter judgment in this action in favor of

6          Plaintiff for damages in the total amount of $30,000.00 as follows:

7          a)    For violation of 47 U.S.C. section 605, the sum of $10,000.00;

8          b)    For violation of 47 U.S.C. section 553, the sum of $10,000.00;

9          c)    For violation of 47 U.S.C. sections 553(c)(3)(B) and 605(e)(3)(C)(ii), the

10               sum of $10,000.00.

11

12   IT IS SO ORDERED.

13   **Dated:    August 19, 2008**            /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   vmd                          2