*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

```
J & J SPORTS PRODUCTIONS, INC.,
          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    CV-F-08-91-AWI/DLB

MARIA D. GUZMAN,
          Defendant.
_____/
```

DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that

judgment in this action is entered in favor of
Plaintiff for damages in the total amount of $30,000.00 as follows:
a) For violation of 47 U.S.C. section 605, the sum of $10,000.00;
b) For violation of 47 U.S.C. section 553, the sum of $10,000.00;
c) For violation of 47 U.S.C. sections 553(c)(3)(B) and 605(e)(3)(C)(ii), the sum of $10,000.00.

DATED:

                                        Victoria C. Minor, Clerk


                                        By:  /S/ H. Nazaroff
                                              Deputy Clerk

jgm.civ
2/1/95